# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:19-mj-0010 DMC

James Charles Tuttle

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: N/A
ADDRESS: General Delivery
_____
CITY     STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 6-3-19

_____
DEFENDANT'S SIGNATURE

You are hereby placed on three years summary court probation.

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

(X) Fine: $ 0   and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 25.00 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

(X) Restitution: $837.50 to the Bureau of Land Management, 6640 Lockheed Drive, Redding CA 96002 during the term of probation with fees not to exceed $7-1-2019

( ) Community Service _____ with minimum payment of $50 per month beginning _____ completed by _____

During the term of probation you are prohibited from entering lands supervised by the Bureau of Land Management for a period of three years.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

☐ CENTRAL VIOLATIONS BUREAU
PO BOX 71383  780549
PHILADELPHIA, PA 19176-1363
1-800-827-2982  San Antonio, TX
or   78278
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

☐ CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

☒ CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

The defendant is ordered released from custody.

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 6-3-19

_____
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET

EDCA-3